Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELO GUTIERREZ,

      Plaintiff,

   v.

DEPUTY BRIAN SCHRADER, *et al.*,

      Defendants.

C08-1556-JCC

**ORDER**

This matter comes before the Court on the report and recommendation of United States Magistrate Judge James P. Donohue. (Dkt. No. 52). Having reviewed the report and recommendation, along with the balance of the relevant record, the Court hereby ADOPTS the report and recommendation.

The Court therefore DISMISSES this matter without prejudice for failure to exhaust administrative remedies, as required by 42 U.S.C. § 1997e(a).

The Clerk of the Court shall send copies of this order to Plaintiff and to Magistrate Judge James P. Donohue.

SO ORDERED this 8th day of April, 2010.

JOHN C. COUGHENOUR
United States District Judge

ORDER, C08-1556-JCC
Page 1